UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

GOLTENS WORLDWIDE MANAGEMENT          :
CORP. and GOLTENS-NEW YORK CORP.,     :
                                      :
                    Plaintiffs,       :        07cv09711 (GBD)(HBP)
                                      :
        - against -                   :
                                      :
NORMAN GOLTEN,                        :
                                      :
                    Defendant.        :
-------------------------------------------------------------x

## PLAINTIFFS' APPENDIX OF
## UNREPORTED LEGAL AUTHORITIES

ORANS, ELSEN & LUPERT LLP
Leslie A. Lupert (LL-0955)
Thomas A. Brown (TB-1642)
Nicholas G. Arons (NA-5427)
875 Third Avenue, 28th Floor
New York, New York 10022
(212) 586-2211

*Attorneys for Plaintiffs*