UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GOLTENS WORLDWIDE MANAGEMENT      :
CORP. and GOLTENS-NEW YORK CORP., :
                                  :
                  Plaintiffs,     :   07cv09711 (GBD)(HBP)
                                  :
        - against -                :
                                  :
NORMAN GOLTEN,                    :
                                  :
                  Defendant.      :
-------------------------------------------------------------x

### AFFIRMATION OF NICHOLAS G. ARONS

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

NICHOLAS G. ARONS affirms under penalty of perjury:

1. I am an associate of Orans, Elsen & Lupert LLP, attorneys for Plaintiffs Goltens Worldwide Management Corp. and Goltens-New York Corp. I submit this affirmation, together with its exhibits, in support of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint.

2. A true and exact copy of a letter from Lita Beth Wright to Honorable Frederic Block, dated June 14, 2007 is attached hereto as Exhibit 1.

3. A true and exact copy of a letter from Thomas A. Brown to Honorable Frederic Block, dated June 21, 2007 is attached hereto as Exhibit 2.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, I respectfully request that this Court deny Defendant's Motion to Dismiss the Complaint, together with such other relief as the Court deems warranted.

NICHOLAS G. ARONS