UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GOLTENS-NEW YORK CORP., and
GOLTENS WORLDWIDE MANAGEMENT
CORP.                                                    :

                                                         :
                    Plaintiff,              **07 Civ. 9711 (GBD) (HBP)**
                                                         :
    - against -                             **ECF Case**
                                                         :
NORMAN GOLTEN.,
                                            :  **NOTICE OF APPERANCE**
                    Defendant.
-------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

   Enter my appearance as counsel in this case for Norman Golten.  I certify that I am

admitted to practice in this Court.


Dated: New York, New York            STORCH AMINI & MUNVES PC
       December 21, 2007


                                     By:    /s/ Jonathan Bardavid
                                            Lita Beth Wright (LW 0442)
                                            Jonathan Bardavid (JB 0072)
                                     Two Grand Central Tower, 25th Floor
                                     140 East 45th Street
                                     New York, New York 10017
                                     (212) 490-4100
                                     *Attorneys for Defendant*


TO:   Leslie Lupert, Esq. (LL 0955)
      Thomas A. Brown, II, Esq. (TB 1642)
      ORANS, ELSEN & LUPERT LLP
      875 Third Avenue, 28th Floor
      New York, New York 10022
      (212) 586-2211
      *Attorneys for Plaintiffs*

Case 1:07-cv-09711-GBD-HBP     Document 9     Filed 12/21/2007     Page 2 of 2