UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GOLTENS-NEW YORK CORP. and GOLTENS  :
WORLDWIDE MANAGEMENT CORP.,
                                                            :
                            Plaintiffs,     :      07 Civ. 9711 (GBD)(HBP)
                                                            :
        - against -                                  :      **NOTICE OF CHANGE OF**
                                                            :      **LAW FIRM NAME**
NORMAN GOLTEN,                               :
                                                            :
                            Defendant.    :
------------------------------------------------------------x

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Orans, Elsen & Lupert LLP has changed its name to Orans, Elsen, Lupert & Brown LLP. The office address, telephone and facsimile numbers remain the same.

Dated: January 17, 2008

                                    Respectfully submitted,

                                    By: _____

                                    Leslie A. Lupert (LL-0955)
                                    Thomas A. Brown II (TB-1642)
                                    Nicholas G. Arons (NA-5427)
                                    Orans, Elsen, Lupert & Brown LLP
                                    875 Third Avenue, 28th Floor
                                    New York, NY 10022
                                    Tel: 212-586-2211
                                    Fax: 212-259-6333

                                    *Attorneys for Plaintiffs Goltens-New York Corp.*
                                    *and Goltens Worldwide Management Corp.*

To:

Bijan Amini
Lita Beth Wright
Jonathan Bardavid
Storch, Amini & Munves, P.C.
*Attorneys for Defendant Norman Golten*
Two Grand Central Towers, 25th Floor
140 East 45th Street
New York, NY 10017