UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Gittens- New York Corp.

　　　　　　　　　　　　　Plaintiff,

-v-

Gitten

　　　　　　　　　　　　　Defendant.

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 13 2008
```

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 cv 9711 (GBD)(HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute: _____

[ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

[ ] Settlement

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: _____

Dated 2/13/08

SO ORDERED:

George B. Daniels
United States District Judge