```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
NORMAN GOLTEN,                     :

                Plaintiff,         :

    -against-                      :   07 Civ. 1024 (GBD)(HBP)

GOLTENS WORLDWIDE MANAGEMENT       :
CORP., et al.,
                                   :
                Defendants.
                                   :
-----------------------------------X

GOLTENS-NEW YORK CORP.,            :
et al.,
                                   :
                Plaintiff,
                                   :   07 Civ. 9711 (GBD)(HBP)
    -against-
                                   :   ORDER
NORMAN GOLTEN,
                                   :
                Defendant.
                                   :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-15-08

PITMAN, United States Magistrate Judge:

A conference having been held in these matters on February 13, 2008 during which various discovery and other disputes were considered, for the reasons stated on the record in open court, it is hereby ORDERED that:

    1. Discovery in both actions may and should proceed immediately. My prior rulings concerning the permissible scope of discovery in 07 Civ. 1024 do not restrict discovery in 07 Civ. 9711 if the information

sought is independently relevant to the issues raised in 07 Civ. 9711. This Order is without prejudice to the right of any party to assert any other objection it may have to discovery sought in 07 Civ. 9711 other than an objection based on a ruling on relevance made in 07 Civ. 1024.

2. The deadline for the completion of fact discovery in 07 Civ. 1024 is extended to April 3, 2008.

3. The deposition of Otto Winkel in 07 Civ. 9711 shall proceed on March 11, 2008 or on such other date as the parties may agree to.

4. A conference call to discuss the status of 07 Civ. 1024 will be held on April 4, 2008 at 9:30 a.m.

5. In 07 Civ. 9711, all disclosures all disclosures required by Fed.R.Civ.P. 26(a)(1) shall be made no later than February 27, 2008.

6. In 07 Civ. 9711, all discovery shall be completed on or before August 13, 2008.

7. In 07 Civ. 9711, plaintiffs shall produce all materials required by Fed.R.Civ.P. 26(a)(2) on or before August 13, 2008.

8. In 07 Civ. 9711, defendant shall produce all materials required by Fed.R.Civ.P. Rule 26(a)(2) on or before September 12, 2008.

9. In 07 Civ. 9711, the parties shall report for a settlement conference on September 19, 2008 at 2:00 p.m. in Courtroom 18A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

10. In 07 Civ. 9711, dispositive motions, if any, shall be served and filed no later than October 13, 2008.

11. The pretrial order in 07 Civ. 9711, in the form required by Judge Daniel's rules, along with all other pretrial submissions required by Judge Daniels, shall be filed on November 13, 2008, or thirty days after the decision on any dispositive motion (if it is still necessary after such decision), whichever date is later. Plaintiffs shall serve a draft of their portion of the Pretrial Order on counsel for defendant no later than fifteen days prior to the Pretrial Order's due date. For the convenience of all parties, a copy of Judge Daniels' rules can be found on the Court's website, www.nysd.uscourts.gov.

12. Pursuant to the agreement of the parties, pending further Order of the Court, Mr. Golten shall be deposed concerning he issues relating to the distribution claim only.

13. The firm of Orans, Elser & Lupert LLP shall respond to outstanding subpoena served on it no later than March 3, 2008. The Golten companies shall also respond to any outstanding, past due discovery requests served on them no later than March 3, 2008.

14. Mr. Golten shall serve and file his contemplated motion to compel no later than March 10, 2008.

Dated: New York, New York
February 15, 2008

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Lita B. Wright, Esq.
Storch, Amini & Munves, P.C.
25th Floor
2 Grand Central Tower
140 East 45th Street
New York, New York  10017

Thomas A. Brown, II, Esq.
Orans, Elser & Lupert, LLP
28th Floor
875 Third Avenue
New York, New York  10020