```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
NORMAN GOLTEN,                      :

                 Plaintiff,         :    07 Civ. 1024 (GBD)(HBP)

    -against-                       :

GOLTENS WORLDWIDE MANAGEMENT        :
CORP., et al.,
                                    :
                 Defendants.
                                    :
-----------------------------------X
GOLTENS-NEW YORK CORP., et al.,     :

                 Plaintiffs,        :

    -against-                       :    07 Civ. 9711 (GBD)(HBP)

NORMAN GOLTEN,                      :
                                         ORDER
                 Defendant.         :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

A tape-recorded conference call having been on this date during which a discovery dispute was discussed, for the reasons stated on the tape recording of the call, pursuant to Local Civil Rule 30.1, Goltens Worldwide Management Corp., is ORDERED to advance the following expenses to counsel for Norman Golten in connection with the deposition in Denmark of Mr. Otto Winkel: (1) the cost of round-trip coach airfare between New York and Denmark; (2) the reasonable cost of hotel accommodation and meals in Denmark for two days, and (3) a counsel feel in the

amount of $3,600 to compensate counsel for travel time, calculated at the rate of $200 per hour for 18 hours.

Pursuant to Local Civil Rule 30.1, the foregoing amounts shall be taxable as costs in the event that Goltens Worldwide Management Corp. recovers its costs in either action.

Dated:  New York, New York
        March 7, 2008

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Lisa Beth Wright, Esq.
Storch, Amini & Munves, P.C.
25th Floor
2 Grand Central Tower
140 East 45th Street
New York, New York  10017

Nicholas J. Aarons, Esq.
Orans, Elser & Lupert, LLP
28th Floor
875 Third Avenue
New York, New York  10020