USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-7-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

NORMAN GOLTEN,

              Plaintiff,    :   07 Civ. 1024 (GBD)(HBP)

   -against-

GOLTENS WORLDWIDE MANAGEMENT
CORP., et al.,

             Defendants.

-----------------------------------X

GOLTENS-NEW YORK CORP., et al.,

             Plaintiffs,   :   07 Civ. 9711 (GBD)(HBP)

   -against-                      ORDER

NORMAN GOLTEN,

             Defendant.

-----------------------------------X

     PITMAN, United States Magistrate Judge:

     A tape-recorded conference call having been on April 4, 2008 during which a discovery dispute was discussed, for the reasons stated on the tape recording of the call, it is hereby ORDERED that:

     1. Norman Golten's application to compel the Goltens Companies and Orans, Elser, Lupert & Brown LLP ("Orans, Elser") to produce documents concerning certain interviews that were conducted by Orans, Elser is denied.

2. Norman Golten's application to compel Orans, Elser, its members or associates to appear for a deposition concerning its investigation and the preparation of the Report it created dated May 18, 2007 is denied.

3. No later than April 14, Messrs. Brown and Aarons shall submit affidavits to Mr. Golten's counsel confirming that the substance of their interviews was not disclosed in any manner to the members of the Boards of the Goltens Companies, in any manner, prior to the removal of Mr. Golten from the Board.

Dated: New York, New York
April 7, 2008

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Lisa Beth Wright, Esq.
Storch, Amini & Munves, P.C.
25th Floor
2 Grand Central Tower
140 East 45th Street
New York, New York 10017

Thomas Brown, Esq.
Nicholas G. Aarons, Esq.
Orans, Elser, Lupert & Brown LLP
28th Floor
875 Third Avenue
New York, New York 10020