# ORANS ELSEN LUPERT & BROWN LLP
### ATTORNEYS

SHELDON H. ELSEN
LESLIE A. LUPERT
ROBERT L. PLOTZ
THOMAS A. BROWN


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-15-08

875 THIRD AVENUE
NEW YORK, N.Y. 10022

TELEPHONE: (212) 586-2211
FAX: (212) 765-3662
www.oellaw.com
E-Mail: oel@oellaw.com

July 14, 2008

**By Fax**

The Honorable U.S.M.J. Henry Pitman
United States District Court
500 Pearl Street
New York, New York 10007-1312

    Re:   Golten v. Goltens Worldwide Management Corp. et al., 07 CV 1024
            Goltens-New York et al., v. Golten, 07 CV 9711

Dear Judge Pitman:

    We represent defendants and counterclaim-plaintiffs in 07-cv-1024 and plaintiffs in 07-cv-9711, and we write to request that the deadline for discovery in these related matters be extended from August 13, 2008 until October 31, 2008, and that all other discovery deadlines be adjusted accordingly. Norman Golten, plaintiff and counterclaim-defendant in 07-cv-1024 and defendant in 07-cv-9711, consents to this request.

    Mr. Golten had noticed a number of depositions in 07-cv-1024, which were never scheduled because Judge Daniels was reviewing the scope of discovery concerning the removal of Mr. Golten from the board of directors. As you know, Judge Daniels recently ruled on this matter, indicating that these depositions could go forward, but it is impossible to schedule all depositions before August 13. Further, plaintiffs in 07-cv-9711 plan to take additional depositions, which also cannot be completed prior to August 13. Finally, one of the witnesses we have agreed to produce for a deposition in this case lives in Norway and is not available until October. For the foregoing reasons, we respectfully request that the Court extend the deadline to complete discovery in both cases until October 31, 2008. Thank you for your consideration of this request.

                                              Very truly yours,

                                              Thomas Brown

cc: Bijan Amini (by fax)
    Peter Spett (by fax)

*APPLICATION GRANTED*

**SO ORDERED**

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-14-08